# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY BENNETT, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-5170 |
| | : | |
| STATE FARM FIRE AND CASUALTY CO., | : | |
| PROGRESSIVE ADVANCED INSURANCE | : | |
| Defendants. | : | |

## ORDER

This 30th day of November, 2017, upon consideration of Defendant Progressive Advanced Insurance's Motion for Partial Summary Judgment, ECF No. 33, and Plaintiffs' Response in Opposition to Defendant's Motion for Partial Summary Judgment, ECF No. 35, it is hereby **ORDERED** that Defendant's motion is **DENIED**.

      /s/ Gerald Austin McHugh
United States District Judge